No. 16,250.

ROBERTS *v.* BIDDLE.
(214 P. [2d] 376)

Decided January 23, 1950.

PER CURIAM.

Judgment affirmed in department without written opinion, Mr. Chief Justice Hilliard, Mr. Justice Hays and Mr. Justice Alter, participating.

Messrs. MUNSON & KREAGER, for plaintiff in error.

Mr. SHERMAN E. WALROD, Mr. PAUL C. LENNARTZ, for defendant in error.